**1ST MEDIA, LLC, Plaintiff–Appellant,**

**v.**

**ELECTRONIC ARTS, INC., Harmonix Music System, Inc. and Viacom, Inc., Defendants–Appellees,**

and

**Sony Computer Entertainment America, Inc., Defendant–Appellee.**

No. 2010–1435.

United States Court of Appeals, Federal Circuit.

Oct. 28, 2010.

Robert P. Greenspoon, Flachsbart & Greenspoon, LLC, Chicago, IL, for 1st Media, LLC.

Patrick L. Patras, Jenner & Block LLP, Chicago, IL, for Electronic Arts, Inc., Harmonix Music System, Inc. and Viacom, Inc.

B. Trent Webb, Shook, Hardy & Bacon, LLP, Kansas City, MO, for Sony Computer Entertainment America, Inc.

Before SCHALL, Circuit Judge.

## ON MOTION

## ORDER

1st Media, LLC moves without opposition to stay proceedings in this appeal pending this court's en banc disposition *in Therasense v. Becton, Dickinson & Co.,* 2008–1511.

1st Media asserts that this case and *Therasense* involve the same issue, specifically what standards govern in inequitable conduct cases.

We note that oral argument in *Therasense* is currently set for November 9, 2010.

Accordingly,

It Is Ordered That:

(1) The motion to stay is granted. 1st Media is directed to inform the court within 30 days of the disposition of *Therasense* how it believes this appeal should proceed. The appellees may also respond within that time.

(2) A copy of this order shall be transmitted to the en banc court to inform it of this related appeal.